UNITED STATES DISTRICT COURT

CHARLESTON DIVISION

Case No.: 2:16-cv-00438-DCN-BM

MARK FITZHENRY, )
                                       )
    Plaintiff, )   STIPULATION OF DISMISSAL
                                       )   WITH PREJUDICE
v. )
                                       )
RECEIVABLES PERFORMANCE )
MANAGEMENT, LLC, AND JOHN DOES, whose )
True identity is unknown, )
                                       )
    Defendant.

**TO THIS HONORABLE COURT:**

    PLEASE TAKE NOTICE that Plaintiff MARK FITZHENRY and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC hereby stipulate to dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: April 29, 2016

IT IS SO STIPULATED

_/s/ Mark Fitzhenry_
Mark Fitzhenry
10 Brigadier Drive
Charleston, SC 29407
mfitzhenry8@gmail.com

*Pro Se Plaintiff*

_/s/ Peter G. Siachos_
Peter G. Siachos (Fed. Id 7591)
Elizabeth F. Bailey (Fed. Id 8079)
GORDON & REES LLP
4000 Faber Place Drive, Suite 300
Charleston, SC 29405
Phone: (843) 278-5900
Facsimile: (973) 377-1911
psiachos@gordonrees.com
ebailey@gordonrees.com

*Attorneys for Defendant Receivables Performance Management, LLC*

1115223/27788715v.1